UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DISHAY D. ELZEY**                                                                    **CIVIL ACTION**

**versus**                                                                                        **NO. 15-2174**

**DARREL VANNOY, WARDEN**                                                **SECTION: "I"(1)**

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, Dishay D. Elzey, which is hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the federal application for *habeas corpus* relief filed by Dishay D. Elzey is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 14th day of October, 2015.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**