# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

October 03, 2016

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

No. 15-31014 Dishay Elzey v. Jason Kent, Warden
USDC No. 2:15-CV-2174

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: Shea E. Pertuit
Shea E. Pertuit, Deputy Clerk
504-310-7666

cc w/encl:
Mr. Dishay D. Elzey
Ms. Kathryn W. Landry

# IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

No. 15-31014
USDC No. 2:15-CV-2174

**A True Copy**
**Certified order issued Oct 03, 2016**

**Clerk, U.S. Court of Appeals, Fifth Circuit**

DISHAY D. ELZEY,

Petitioner–Appellant,

versus

JASON KENT, Warden, Dixon Correctional Institute,

Respondent–Appellee.

Appeal from the United States District Court
for the Eastern District of Louisiana

O R D E R:

Dishay Elzey, Louisiana prisoner # 612957, moves for a certificate of appealability ("COA") to appeal the dismissal of his 28 U.S.C. § 2254 habeas corpus petition challenging his conviction of manslaughter. A prisoner seeking a COA must make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); *see Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003).

Elzey contends that the evidence was insufficient to prove beyond a reasonable doubt that he committed manslaughter and was not acting in self-defense. The district court rejected that claim on the merits.

To obtain a COA, Elzey must "demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). He has failed to do so.

The motion for a COA is DENIED.

/s/ Jerry E. Smith
JERRY E. SMITH
United States Circuit Judge